# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00534-CV

### David Johnson and Barbara Johnson, Appellants

### v.

### Industrial Asphalt, Inc., Appellee

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
### NO. D-1-GN-06-000809, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants David Johnson and Barbara Johnson have filed a motion requesting that this appeal be dismissed. *See* Tex. R. App. P. 42.1(a)(1). We grant the motion and dismiss the appeal.

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Puryear and Henson

Dismissed on Appellants' Motion

Filed: March 24, 2009